Argued May 5, decided June 28, rehearing denied December 27, 1910.

**HANSEN *v.* JONES & CO.**

[109 Pac. 872.]

From Malheur: GEORGE E. DAVIS, Judge.

This is a suit by Minnie O. Hansen against Jones & Co. From a decree in favor of plaintiff, defendants appeal.                    REVERSED : SUIT DISMISSED.

For appellant there was a brief and an oral argument by *Mr. Albert N. Soliss.*

For respondent there was a brief and an oral argument by *Mr. George W. Hayes.*

MR. JUSTICE SLATER delivered the opinion of the court.

The facts in this case are identical with those in the case of *Hansen* v. *Jones* (just decided, 109 Pac. 868, excepting that it is based upon a different judgment, and there are additional parties defendant. The case therefore is controlled by the conclusion reached in the former case, and the order herein will be the same.

The decree is reversed, and the suit dismissed.

REVERSED : SUIT DISMISSED.

<hr>

Argued Aug. 9, decided Oct. 25, rehearing denied December 27, 1910.